McMAHON, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEXBANK, SSB, as successor Second Lien Collateral Agent for the Second Lien Lenders,

Plaintiff,

- against -

LANDESBANK BADEN WURTTEMBERG, NEW YORK BRANCH, as a first lien lender and as successor First Lien Collateral Agent, DEUTSCHE HYPOTHEKENBANK, MUNCHENER HYPOTHEKENBANK eG, GREAT LAKES REINSURANCE (UK) PLC, FX LUXURY LAS VEGAS I, LLC, FX LUXURY LAS VEGAS II, LLC, FX LUXURY LAS VEGAS PARENT, LLC, FX LUXURY, LLC, FX REAL ESTATE AND ENTERTAINMENT INC., ROBERT F.X. SILLERMAN, PAUL C. KANAVOS, BRETT TORINO, LIRA PROPERTY OWNER, LLC, LIRA LLC, GARY McHENRY, MITCHELL J. NELSON, DAVID M. LEDY, HARVEY SILVERMAN, MICHAEL J. MEYER, BRYAN E. BLOOM, JOHN D. MILLER, ROBERT SUDACK, and JOHN DOES and XYZ Companies 1-10,

Defendants.

09 Civ. 9422 (CM)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/10

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**
**<u>OF ACTION WITHOUT PREJUDICE</u>**

**IT IS HEREBY STIPULATED AND AGREED** by plaintiff, NexBank, SSB, and all defendants in the above-entitled action, by and through their respective undersigned counsel, as follows:

1. The complaint in the above-entitled action shall be, and hereby is, dismissed, pursuant to Fed. R. Civ. P. 41(a)(2) and 23.1(c), *without prejudice* and without costs or attorneys' fees to any party.

2. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. Moreover, signatures of the Stipulation sent by facsimile or electronic mail transmission shall be deemed the equivalent of original signatures.

Dated: New York, New York
December 29, 2009

**HAYNES AND BOONE, LLP**
1221 Avenue of the Americas
26th Floor
New York, NY 10020-1089

By:______________________
Jonathan D. Pressment

*Attorneys for plaintiff NexBank, SSB*

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022

By:______________________
William J.F. Roll, III

*Attorneys for defendants Landesbank Baden Wuerttemberg, New York Branch; Deutsche Hypothekenbank; Muenchener Hypothekenbank eG; and Great Lakes Reinsurance (UK) PLC*

**GREENBERG TRAURIG, LLP**
Metlife Building
200 Park Avenue
New York, NY 10166

By:______________________
Michael Burrows

*Attorneys for defendants FX Luxury Las Vegas I, LLC; FX Luxury Las Vegas II, LLC; FX Luxury Las Vegas Parent, LLC; FX Luxury, LLC; FX Real Estate and Entertainment Inc.; Gary McHenry; Mitchell J. Nelson; David M. Ledy; Harvey Silverman; Michael J. Meyer; Bryan E. Bloom; John D. Miller; and Robert Sudack*

**DORNBUSH SCHAFFER STRONGIN & VENAGLIA, LLP**
747 Third Avenue, 11th Floor
New York, NY 10017

By:______________________
Richard J. Schaeffer

*Attorneys for defendants LIRA Property Owner, LLC; LIRA LLC; Robert F.X. Sillerman;, Paul C. Kanavos; and Brett Torino*

**SO ORDERED:**

______________________
U.S.D.J.

1-4-10

2. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. Moreover, signatures of the Stipulation sent by facsimile or electronic mail transmission shall be deemed the equivalent of original signatures.

Dated: New York, New York
December 29, 2009

**HAYNES AND BOONE, LLP**
1221 Avenue of the Americas
26th Floor
New York, NY 10020-1089

By:______________________
Jonathan D. Pressment

*Attorneys for plaintiff NexBank, SSB*

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022

By:______________________
William J.F. Roll, III

*Attorneys for defendants Landesbank Baden Wuerttemberg, New York Branch; Deutsche Hypothekenbank; Muenchener Hypothekenbank eG; and Great Lakes Reinsurance (UK) PLC*

**GREENBERG TRAURIG, LLP**
Metlife Building
200 Park Avenue
New York, NY 10166

By:______________________
Michael Burrows

*Attorneys for defendants FX Luxury Las Vegas I, LLC; FX Luxury Las Vegas II, LLC; FX Luxury Las Vegas Parent, LLC; FX Luxury, LLC; FX Real Estate and Entertainment Inc.; Gary McHenry; Mitchell J. Nelson; David M. Ledy; Harvey Silverman; Michael J. Meyer; Bryan E. Bloom; John D. Miller; and Robert Sudack*

**DORNBUSH SCHAFFER STRONGIN & VENAGLIA, LLP**
747 Third Avenue, 11th Floor
New York, NY 10017

By:______________________
Richard J. Schaeffer

*Attorneys for defendants LIRA Property Owner, LLC; LIRA LLC; Robert F.X. Sillerman;, Paul C. Kanavos; and Brett Torino*

**SO ORDERED:**

______________________
U.S.D.J.

1-4-10

2. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. Moreover, signatures of the Stipulation sent by facsimile or electronic mail transmission shall be deemed the equivalent of original signatures.

Dated: New York, New York
December 29, 2009

**HAYNES AND BOONE, LLP**
1221 Avenue of the Americas
26th Floor
New York, NY 10020-1089

By: ______________________
Jonathan D. Pressment

*Attorneys for plaintiff NexBank, SSB*

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022

By: ______________________
William J.F. Roll, III

*Attorneys for defendants Landesbank Baden Wuerttemberg, New York Branch; Deutsche Hypothekenbank; Muenchener Hypothekenbank eG; and Great Lakes Reinsurance (UK) PLC*

**GREENBERG TRAURIG, LLP**
Metlife Building
200 Park Avenue
New York, NY 10166

By: ______________________
Michael Burrows

*Attorneys for defendants FX Luxury Las Vegas I, LLC; FX Luxury Las Vegas II, LLC; FX Luxury Las Vegas Parent, LLC; FX Luxury, LLC; FX Real Estate and Entertainment Inc.; Gary McHenry; Mitchell J. Nelson; David M. Ledy; Harvey Silverman; Michael J. Meyer; Bryan E. Bloom; John D. Miller; and Robert Sudack*

**DORNBUSH SCHAFFER STRONGIN & VENAGLIA, LLP**
747 Third Avenue, 11th Floor
New York, NY 10017

By: ______________________
Richard J. Schaeffer

*Attorneys for defendants LIRA Property Owner, LLC; LIRA LLC; Robert F.X. Sillerman;, Paul C. Kanavos; and Brett Torino*

**SO ORDERED:**

______________________
U.S.D.J.

1/4/10

2. This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument. Moreover, signatures of the Stipulation sent by facsimile or electronic mail transmission shall be deemed the equivalent of original signatures.

Dated: New York, New York
December 29, 2009

**HAYNES AND BOONE, LLP**
1221 Avenue of the Americas
26th Floor
New York, NY 10020-1089

By:____________________
Jonathan D. Pressment

*Attorneys for plaintiff NexBank, SSB*

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022

By:____________________
William J.F. Roll, III

*Attorneys for defendants Landesbank Baden Wuerttemberg, New York Branch; Deutsche Hypothekenbank; Muenchener Hypothekenbank eG; and Great Lakes Reinsurance (UK) PLC*

**GREENBERG TRAURIG, LLP**
Metlife Building
200 Park Avenue
New York, NY 10166

By:____________________
Michael Burrows

*Attorneys for defendants FX Luxury Las Vegas I, LLC; FX Luxury Las Vegas II, LLC; FX Luxury Las Vegas Parent, LLC; FX Luxury, LLC; FX Real Estate and Entertainment Inc.; Gary McHenry; Mitchell J. Nelson; David M. Ledy; Harvey Silverman; Michael J. Meyer; Bryan E. Bloom; John D. Miller; and Robert Sudack*

**DORNBUSH SCHAFFER STRONGIN & VENAGLIA, LLP**
747 Third Avenue, 11th Floor
New York, NY 10017

By:____________________
Richard J. Schaeffer

*Attorneys for defendants LIRA Property Owner, LLC; LIRA LLC; Robert F.X. Sillerman;, Paul C. Kanavos; and Brett Torino*

**SO ORDERED:**

________________________
U.S.D.J.